UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KIERNAN, et al.,<br><br>    Defendants. | 1:18-cv-00591-GSA (PC)<br><br>ORDER FOR PLAINTIFFS TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Antoine LeBlanc and Daniel Camp (Plaintiffs) are state prisoners proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs have not paid the $400.00 filing fee, or submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, each of the two Plaintiffs shall submit an application to proceed *in forma pauperis* (attached), completed and signed, or in the alternative, one Plaintiff (or both Plaintiffs together) must pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __May 3, 2018__            __/s/ Gary S. Austin__
                                                UNITED STATES MAGISTRATE JUDGE